# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN REDGREN and ANN REDGREN. | : | |
| Plaintiffs, | : | Civil Action No. 3:09-cv-01794 (JCH) |
| v. | : | |
| BAYER SCHERING PHARMA, A.G., BAYER CORPORATION, and BAYER HEALTHCARE PHARMACEUTICALS INC., (As Successor in Interest to BAYER PHARMACEUTICALS CORPORATION) | : | |
| Defendants. | : | |

## ORDER

**IT IS HEREBY ORDERED** that all proceedings in the above-captioned case are STAYED pending transfer of this case to MDL-1928 and that any deadline to file responsive pleadings to the Complaint is EXTENDED until thirty (30) days after the date on which a docket for the above-captioned case is opened in the District Court for the Southern District of Florida.

This ___29th___ day of December, 2009.

```
                                /s/ Janet C. Hall
                              _____
                              Janet C. Hall
                              United States District Judge
```